JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBEY ROONEY, an individual;<br><br>PLAINTIFF,<br><br>v.<br><br>SIGNOSTICS, INC.; ECHONOUS, INC. and DOES 1-10, inclusive,<br><br>DEFENDANTS. | Case No: 8:17-CV-01865-AG-JDEx<br><br>ORDER FOR DISMISSAL WITH PREJUDICE |

### ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY ORDERED that Abbey Rooney's First Amended Complaint and all Defendants be and hereby are dismissed with prejudice. IT IS SO ORDERED.

Dated: March 6, 2019

_____
United States District Court Judge